Case: 3:23-cr-00264-JJH Doc #: 2 Filed: 05/08/23 1 of 2. PageID #: 4

FILED
MAY 08 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| UNITED STATES OF AMERICA, | HON. JEFFREY J. HELMICK |
|---|---|
| PLAINTIFF, | CASE NO. 3:23-cr-00264-JJH |
| V | |
| NABIL SHAHEEN, | |
| DEFENDANT. | |

| Jody L. King | David Griem (Michigan Bar P23187) |
|---|---|
| United States Attorney's Office | David Griem & Associates |
| Four Seagate, Suite 308 | 21 Kercheval Ave., Suite 363 |
| Toledo, Ohio 43604 | Grosse Pointe Farms, MI 48236 |
| 419.241.0718 | 313.962.8600/fax 313.290.2666 |
| Jody.king@usdoj.gov | davidgriemlaw@gmail.com |

**MOTION FOR ADMISSION *PRO HAC VICE***

NOW COMES, David Griem, attorney for Nabil Shaheen, defendant in this matter, and submits his *Motion for Admission Pro Hac Vice*. In support of this *Motion,* Mr. Griem states as follows:

1. I am requesting permission to appear and participate in this case as the attorney for Defendant, Nabil Shaheen.

1

2. I have paid the $120 *pro hac vice* admission fee and have attached a copy of my check to this Motion.

3. Pursuant to Local Criminal Rule 57.5(h), I have attached to this Motion my completed and signed Declaration, made under penalty of perjury pursuant to 28 U.S.C. § 1746, swearing to my good standing with the State Bar of Michigan and providing to this Court all of the information required by this Local Rule.

Respectfully submitted,

*/s/ David Griem*
David Griem
Michigan Bar P23187
21 Kercheval Ave., Ste. 363
Grosse Pte. Farms, MI 48236
(313) 962-8600
davidgriemlaw@gmail.com

Dated: May 5, 2023