UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | HON. JEFFREY J. HELMICK |
| PLAINTIFF, | CASE NO. 3:23-cr-00264-JJH |
| V. | |
| NABIL SHAHEEN, | |
| DEFENDANT. | |

## DECLARATION OF DAVID GRIEM IN SUPPORT OF HIS MOTION FOR ADMISSION PRO HAC VICE

I, David Griem, pursuant to Local Rule 57.5(h) submit this Declaration in support of my *Application for Admission Pro Hac Vice* in the instant case. In support of this Application, I declare as follows:

1. My full name is David Lee Griem.

2. My office address, telephone number, fax number, and email address are as follows:

    21 Kercheval Ave., Suite 363

    Grosse Pointe Farms, MI 48230

    313.962.8600/fax 313.290.2666

    davidgriemlaw@gmail.com

3. I have been admitted to practice in the following bars:

    State Bar of Michigan on December 20, 1973

    My Michigan bar registration number is P23187

1

United States District Court for the Eastern District of Michigan

United States District Court for the Western District of Michigan

Additionally, I have been granted admission *pro hac vice* to try cases in 13 different states, including California, Florida and New York.

4. I am a member in good standing with the State Bar of Michigan.
5. I have attached a copy of the Notice of Reprimand (By Consent) issued by the State of Michigan Attorney Discipline Board on for issuing a subpoena for cell phone and employment records of a third party which I mistakenly believed, at the time, could be done to further my investigation on behalf of my client.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on this 5th day of May, 2023.**

_David Griem_
David Griem