MEMBERS
THOMAS G. KIENBAUM
*CHAIRPERSON*
JAMES M. CAMERON, JR.
*VICE-CHAIRPERSON*
SYLVIA P. WHITMER, Ph.D.
*SECRETARY*
ROSALIND E. GRIFFIN, M.D.
CARL E. VER BEEK
CRAIG H. LUBBEN
LAWRENCE G. CAMPBELL
DULCE M. FULLER
LOUANN VAN DER WIELE

# STATE OF MICHIGAN
# ATTORNEY DISCIPLINE BOARD



JOHN F. VAN BOLT
*EXECUTIVE DIRECTOR*

MARK A. ARMITAGE
*DEPUTY DIRECTOR*

JENNIFER M. PETTY
*LEGAL ASSISTANT*

211 WEST FORT ST.
SUITE 1410
DETROIT, MICHIGAN 48226-3236
PHONE: 313-963-5553
FAX: 313-963-5571

WWW.ADBMICH.ORG

## NOTICE OF REPRIMAND
(By Consent)

Case No. 13-78-GA

Notice Issued: September 24, 2013

David Griem, P 23187, Detroit, Michigan, by the Attorney Discipline Board Tri-County Hearing Panel #23.

1. Reprimand

2. Effective September 20, 2013

The respondent and the Grievance Administrator filed a stipulation for a consent order of discipline, in accordance with MCR 9.115(F)(5), which was approved by the Attorney Grievance Commission and accepted by the hearing panel. Based on respondent's plea of no contest, the hearing panel found that respondent issued a subpoena for certain cell phone records and a subpoena for the employment records of a third person at a time when he mistakenly believed that he could do so to further his investigation on behalf of his client, even though no criminal charges were then pending against his client. Respondent's conduct was in violation of MRPC 8.4(a) and MCR 9.104(1).

In accordance with the stipulation of the parties, the hearing panel ordered that respondent be reprimanded. Costs were assessed in the amount of $768.51.

Mark A. Armitage

Dated: SEP 24 2013