


David Griem & Associates
21 Kercheval Ave., Ste 363
Grosse Pointe Farms, MI 48230

**United States District Court
Northern District of Ohio
1716 Spielbusch Ave.
Toledo, Ohio 43604**
Attn: Court Clerk – Filing